IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TATSUNORI ISHIHARA,

    Plaintiff,

vs.                                            No. 12-CV-341 BRB/WDS

TOMMY D. WALLACE

    Defendant.

## STIPULATED ORDER EXTENDING DEADLINES

THIS MATTER having come before the Court upon the stipulation of the parties, the Court having reviewed the stipulation, and being fully advised hereby finds:

1. The amended deadlines are appropriate under the circumstances.
2. No party is prejudiced by the extension of deadlines.

IT IS THEREFORE HEREBY ORDERED, ADJUDGED, and DECREED:

1. Plaintiff shall disclose all expert witnesses pursuant to Rule 26 by January 25, 2013.
2. Defendant shall disclose expert witnesses pursuant to Rule 26 by February 28, 2013.
3. All discovery in this matter shall close May 17, 2013.
4. All other deadlines contained in prior Court orders remain in effect.

                                                United States Magistrate Judge W. Daniel Schneider

APPROVED BY:

**MARTINEZ, HART & THOMPSON, P.C.**

*/s/ F. Michael Hart*
F. Michael Hart
Kelly Stout Sanchez
Attorneys for Plaintiff
1801 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 343-1776    344-7709 fax
mikeh@osolawfirm.com
kellys@osolawfirm.com

**CIVEROLO, GRALOW, HILL & CURTIS, P.A.**

*Electronically approved 12/10/12*
Clea M. Gutterson
Attorney for Defendant
P.O. Box 887
Albuquerque, NM 87103-0887
(505) 842-8255    764-6099 fax
guttersonc@civerolo.com