## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TATSUNORI ISHIHARA,

     Plaintiff,

v.                                  Civ. No. 12-341 BRB/WDS

TOMMY D. WALLACE,

     Defendant,

### ORDER TO RESET SETTLEMENT CONFERENCE

The settlement conference originally set for March 19, 2013 is hereby reset to **March 27, 2013 at 9:00 A.M.** before the Honorable W. Daniel Schneider in Chambers 720, 7th Floor, Pete V. Domenici United States Courthouse, 333 Lomas Boulevard, N.W., Albuquerque, New Mexico. The confidential statement letter is due to the Court  (5) five days prior to the date of the settlement conference.

IT IS HEREBY ORDERED this 11th day of February, 2013.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge